1  REBECCA BRUCH, ESQ. (SBN 7289)
   ERICKSON, THORPE & SWAINSTON, LTD.
2  99 W. Arroyo Street
   Reno, Nevada 89509
3  Tel. (775)786-3930
   Fax. (775)786-4160
4  *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS HOF, DONALD COX and JOSEPH BURDZINSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW "BUTCH' BORASKY, in his personal and official capacity as an employee of Nye County, NYE COUNTY, NEVADA, a political subdivision, DOES I-X and CORPORATE ROES I-X,<br><br>Defendants. | CASE NO.:<br><br>**PETITION FOR REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) (FEDERAL QUESTION)** |

Defendants ANDREW "BUTCH" BORASKY and NYE COUNTY, NEVADA, by and through their attorney of record, REBECCA BRUCH, ESQ. of ERICKSON, THORPE & SWAINSTON, LTD., hereby provides notice of their intent to remove this matter from the Fifth Judicial District Court of the State of Nevada to the Federal District Court for the District of Nevada pursuant to 28 U.S.C. § 1441.

As described in greater detail below, the basis for Defendants' Notice of Removal is that this case meets the requirements for original jurisdiction of the Federal District Court under 28 U.S.C. § 1331 by virtue of federal questions presented by the Second Amended Complaint.

1.  On December 28, 2017, Plaintiff caused the attached Complaint to be filed in the Fifth Judicial District Court of the State of Nevada, in and for the County of Nye. *See Exhibit 1*.

1

2. On December 28, 2017, Plaintiff caused to be filed a Motion for Preliminary Injunction in the Fifth Judicial District Court of the State of Nevada, in and for the County of Nye.  *See Exhibit 2*.

3. On February 16, 2018, Plaintiff caused the attached Second Amended Complaint to be filed in the Fifth Judicial District Court of the State of Nevada, in and for the County of Nye. No  Motion for Preliminary Injunction was filed with the Second Amended Complaint.  *See Exhibit 3*.

4. On February 20, 2018, a copy of the Summons and Second Amended Complaint was served on Defendant Borasky.  *See Exhibit 4*.

5. On February 26, 2018, a copy of the Summons and Second Amended Complaint was served on Defendant Nye County via the Chairman of Nye County's Board of Commissioners, John Koenig.  *See Exhibit 5*.

6. Plaintiff's Complaint alleges a cause of action under 42 U.S.C. §1983 - Fourteenth Amendment, Deliberately Indifferent Policies, a federal question.

7. As such, this case is eligible for removal under 28 U.S.C. § 1441 based upon federal question jurisdiction conferred by 28 U.S.C. § 1331.

8. Defendant Borasky joins in this Petition for Removal.

9. Removal is timely pursuant to 28 U.S.C. § 1446(b) in that no more than thirty (30) days have elapsed since Defendant Nye County was first served.

10. A copy of the Notice of Removal will be filed with the Clerk of the Fifth Judicial District Court of the State of Nevada, in and for the County of Nye in accordance with 28 U.S.C. § 1446(d).

DATED this 26th day of March, 2018.

ERICKSON, THORPE & SWAINSTON, LTD

By: __/s/ Rebecca Bruch_____
REBECCA BRUCH, ESQ. (SBN7289)
99 West Arroyo Street
Reno, Nevada 89509
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD., and that on this day I personally served a true and correct copy of the attached document via U.S. Mail addressed to:

Thomas J. Gibson, Esq.
GIBSON LAW GROUP, PLLC
2340 East Calvada Blvd. #5
Pahrump, Nevada 89048

DATED this 26th day of March, 2018.

                                                 /s/ Jennifer Jacobsen
                                                 Jennifer Jacobsen