# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS HOF, et al., | Case No.: 2:18-cv-00543-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| ANDREW BORASKY, et al., | |
| Defendant(s). | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 25, 2018, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: May 18, 2018

NANCY J. KOPPE
United States Magistrate Judge