# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DENNIS HOF, *et al.*,

        Plaintiffs,

vs.

ANDREW BORASKY, *et al.*,

        Defendants.

Case No.: 2:18-cv-00543-GMN-NJK

**ORDER**

On March 4, 2019, the Court granted Defendants' Motion for Judgment on the Pleadings, (ECF No. 13), and dismissed Plaintiffs' Complaint without prejudice. (Order, ECF No. 22). Pursuant to the Court's Order, Plaintiffs had until April 23, 2019, to file an amended complaint. (*Id.*). To date, Plaintiffs have not filed an amended complaint, and the deadline to do so has now passed.

Accordingly, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice. The Clerk of Court is instructed to enter judgment accordingly and close the case.

**DATED** this __24__ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Judge